MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7246
     Fax: (415) 436-7207
     Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. CR 15-00102-WHA |
| | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) EXCLUDING TIME FROM OTHERWISE |
| FELIPE VELEZ, | ) APPLICABLE SPEEDY TRIAL ACT |
| | ) CALCULATION |
| Defendant. | ) |
| | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.      The parties appeared before the Court on March 10, 2015 at 2:00 p.m. for a status hearing.  The defendant, Felipe Velez, was present and represented by Ms. Shilpi Agarwal.  Assistant United States Attorney Michael Maffei appeared for the Government.  The parties agreed to stipulate to a continuance of the matter to April 14, 2015, with time excluded for effective preparation of counsel from March 10, 2015 through and including March 31, 2015, to allow defense counsel to review previously delivered as well as forthcoming discovery provided by the Government.

2.      Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for April 14, 2015 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding only 21 days for purposes of the Speedy Trial Act.

3.      The parties now formalize their request for a continuance of this matter to April 14, 2015 at 2:00 p.m. for a further status conference, and respectfully submit and agree that the period from March 3, 2015 through and including March 31, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow defense counsel to review previously delivered as well as forthcoming discovery provided by the Government.

IT IS SO STIPULATED.

DATED: March 11, 2015            MELINDA HAAG
United States Attorney


_____/s/_____
MICHAEL MAFFEI
Assistant United States Attorney


DATED: March 11, 2015            _____/s/_____
SHILPI AGARWAL
Counsel for the Defendant


# [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from March 10, 2015 through and including April 14, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1.      The parties shall appear before the Court on April 14, 2015 at 2:00 p.m. for a further status conference.

//

STIP. AND ORDER EXCLUDING TIME      2
CR 15-00102 WHA

1        2.     The period from March 10, 2015 through and including March 31, 2015 is excluded from

2  the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &

3  (B)(iv).

4        IT IS SO ORDERED.

5

6  DATED:  March 12. 2015.

HON. WILLIAM ALSUP
United States District Judge