STEVEN G. KALAR
Federal Public Defender
JODI LINKER
SHILPI AGARWAL
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Email:         Shilpi_Agarwal@fd.org

Counsel for Defendant Felipe Velez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 15-00102 WHA |
| Plaintiff, | **PRETRIAL STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| FELIPE VELEZ, | |
| Defendant. | |

1    **IT IS HEREBY STIPULATED AND AGREED** by and among the parties in the

2    above-captioned matter that:

3       1. Neither party will refer to the defendant, Mr. Felipe Velez, as a "felon" over the

4          course of the upcoming trial;

5       2. Neither party opposes that Mr. Velez will appear in "plain clothes," as opposed to his

6          jail uniform, for the duration of the upcoming trial;

7       3. Because the discovery cut-off date in this matter, June 5, 2015, falls after the date for

8          filing motions *in limine* under the Court's pretrial scheduling order, *see* Doc. No. 18,

9          the parties may file motions *in limine* pertaining to discovery produced on June 3,

10         June 4, and June 5, 2015, on or before June 8, 2015;

11      4. On or before June 5, 2015, the government shall certify its compliance with the

12         production of all discovery under Federal Rule of Criminal Procedure 16 and *Brady*;

13      5. The Government will provide all *Jencks* and *Giglio* material no later than June 10,

14         2015.  If all *Giglio* material cannot be disclosed by this date, the Government shall

15         notify defense counsel;

16      6. The parties will file proposed jury instructions, proposed voir dire, and proposed

17         verdict forms no later than June 10, 2015;

18      7. The Government will file its witness and exhibit lists no later than June 10, 2015;

19      8. The Defendant will file his witness and exhibits lists no later than June 12, 2015;

20      9. The parties agree to identify the witnesses that they intend to call the following day

21         during trial and to make a good-faith effort to describe the order of witnesses by 5 pm

22         on the evening before testimony.

23

24

25

26

27

28

1

1

2      **IT IS SO STIPULATED.**

3

4      June 3, 2015                                                    /s/

       _____         _____
5      DATED                       JODI LINKER
                                    SHILPI AGARWAL
6                                   Assistant Federal Public Defenders

7

8      June 3, 2015                                                    /s/

       _____         _____
9      DATED                       MICHAEL MAFFEI
                                    SHEILA ARMBRUST
10                                  Assistant United States Attorneys

11

12

13     **IT IS SO ORDERED.**

14

15      June 4, 2015.              _____
16     DATED                       William Alsup
                                    United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28