**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FELIPE VELEZ,

    Defendant.

                        /

No. CR 15-00102 WHA

**NOTICE RE TRIAL SCHEDULE**

    The trial for this case is scheduled to begin on June 22, 2015. Trial will begin on that date and will continue through June 24. Trial will not be held on June 25 or June 26, but will continue on June 29 and thereafter.

Dated: June 8, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE