IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FELIPE VELEZ,<br><br>   Defendant.<br>                                                              / | No. CR 15-00102 WHA<br><br><br>**PROPOSED VERDICT FORM** |

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

1. Has the government proven beyond a reasonable doubt that defendant Felipe Velez is guilty of being in possession of a firearm and ammunition in the Northern District of California while previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. 922(g)(1), as charged in Count One of the indictment?

   Yes, Guilty _____       No, Not Guilty _____

2. Has the government proven beyond a reasonable doubt that defendant Felipe Velez is guilty of being in possession of a firearm and ammunition in the Northern District of California while previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. 922(g)(1), as charged in Count Two of the indictment?

   Yes, Guilty _____       No, Not Guilty _____

3. Has the government proven beyond a reasonable doubt that defendant Felipe Velez is guilty of being in possession of ammunition in the Northern District of California while previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. 922(g)(1), as charged in Count Three of the indictment?

Yes, Guilty _____   No, Not Guilty _____

\*          \*          \*

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: _____
FOREPERSON