IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00102 WHA |
| Plaintiff, | |
| v. | **EXPECTED VERDICT FORM** |
| FELIPE VELEZ, | |
| Defendant. | |

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

1. Has the government proven beyond a reasonable doubt that on or about November 5, 2014, defendant Felipe Velez was knowingly in possession of a firearm (Bersa) and ammunition (six rounds), that traveled in interstate or foreign commerce, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Section 922(g)(1) of Title 18 of the United States Code, as charged in Count One?

    Yes, Guilty _____     No, Not Guilty _____

2. Has the government proven beyond a reasonable doubt that on or about January 2, 2015, defendant Felipe Velez was knowingly in possession of a firearm (Ruger) and ammunition (six rounds), that traveled in interstate or foreign commerce, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Section 922(g)(1) of Title 18 of the United States Code, as charged in Count Two?

   Yes, Guilty _____     No, Not Guilty _____

3. Has the government proven beyond a reasonable doubt that on or about January 13, 2015, defendant Felipe Velez was knowingly in possession of ammunition (sixteen rounds), that traveled in interstate or foreign commerce, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Section 922(g)(1) of Title 18 of the United States Code, as charged in Count Three?

   Yes, Guilty _____     No, Not Guilty _____

                    *           *           *

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated:
                                              _____
                                              FOREPERSON