UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

Judge: William Alsup          Time in Court: 4 hours, 2 minutes
Date: June 29, 2015
Case No. 15-cr-00102-WHA-1

**United States of America**  v.  **Felipe Velez**

                                                    Defendant
                                           ☒ Present
                                           ☐ Not Present
                                           ☒ In Custody

U.S. Attorney                                                    Defense Counsel
Michael Maffei; Sheila Armbrust                 Shilpi Agarwal; Jodi Linker

Interpreter: Wendy Maestracci (Spanish)

Deputy Clerk: Melinda Lozenski for Dawn Toland        Reporter: Katherine Sullivan

## *PROCEEDINGS*

REASON FOR HEARING:   Jury Trial - HELD

RESULT OF HEARING:   Witnesses called. Defendant rested. Closing Arguments made. Jury Instructions read. Deliberation began.

Both sides have non attorneys sitting at counsel table.
Government: Agent Joe Vetter; and Pat Mahoney, paralegal.
Defendant: Cary Davalos, paralegal.

Continued to **6/30/2015 at 7:30 a.m.** for Further Deliberations

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15-cr-00102-WHA-1     USA v. Felipe Velez

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Michael Maffei; Sheila Armbrust | Shilpi Agarwal; Jodi Linker |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| June 29, 2015 | Katherine Sullivan | Melinda Lozenski for Dawn Toland |
| **FURTHER TRIAL DATE:** | | |
| June 30, 2015 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:33 a.m. | | | Outside the presence of the jury, Court and counsel discuss several issues. The Court will allow Ms. Cruz-Laucirica to testify as a rebuttal witness. | |
| | | 8:03 a.m. | | | Court in recess. | |
| | | 8:17 a.m. | | | Court reconvenes outside the presence of the jury. Juror no. 6 is not present due to car trouble. Parties agree to swear in alternate juror. | |
| | | 8:19 a.m. | | | The jury is present. Alternate Juror sworn in. | |
| | | 8:21 a.m. | | | The defendant calls ENEDINA FLORES who is assisted by a Spanish Language Interpreter, Wendy Maestracci. Interpreter is sworn. Witness is sworn and testified under direct examination by Ms. Linker. | |
| | | 8:43 a.m. | | | Cross examination of ENEDINA FLORES by Mr. Maffei. | |
| | | 8:56 a.m. | | | Re-direct examination of ENEDINA FLORES by Ms. Linker. | |
| | | 8:58 a.m. | | | Witness is thanked and excused. Defendant recalls JOSEPH ATTNESON who is sworn and testified under direct examination by Ms. Linker. | |
| | Y | | X | | Criminal history report for Andrew Herrera. | |
| | | 9:02 a.m. | | | Cross examination of JOSEPH ATTNESON by Ms. Armbrust. | |
| | | 9:05 a.m. | | | Witness is thanked and excused. Defendant calls SHEREE CRUZ-LAUCIRICA who is sworn and testified under direct examination by Ms. Linker. | |

2

|  | A |  | X |  | Notice of conditions of Parole |  |
|  |  | 9:13 a.m. |  |  | Cross examination of SHEREE CRUZ-LAUCIRICA by Ms. Armbrust. |  |
|  |  | 9:20 a.m. |  |  | Sidebar conference held. |  |
|  |  | 9:25 a.m. |  |  | Sidebar conference concluded. Cross examination of SHEREE CRUZ-LAUCIRICA by Ms. Armbrust continued. |  |
|  |  | 9:27 a.m. |  |  | Witness is thanked and excused. Court in recess. |  |
|  |  | 9:42 a.m. |  |  | Court reconvenes outside the presence of the jury. |  |
|  |  | 9:46 a.m. |  |  | Jury is present. *Defendant rest.* |  |
|  |  | 9:49 a.m. |  |  | Court begins instructing jury. |  |
|  |  | 10:01 a.m. |  |  | Government's closing argument by Mr. Maffei. |  |
|  |  | 10:41 a.m. |  |  | Jury admonished. Court is in recess. |  |
|  |  | 10:51 a.m. |  |  | Court reconvenes. |  |
|  |  | 10:53 a.m. |  |  | Jury is present. Defendant's closing argument by Ms. Agarwal. |  |
|  |  | 11:34 a.m. |  |  | Jury in recess. Court and counsel discuss issue outside the presence of the jury. |  |
|  |  | 11:43 a.m. |  |  | Jury is present. Court addresses jury regarding instruction on constructive possession. |  |
|  |  | 11:45 a.m. |  |  | Government's rebuttal closing argument by Ms. Armbrust. |  |
|  |  | 12:04 p.m. |  |  | Rebuttal closing argument concluded. Court finishes instructing the jury. |  |
|  |  | 12:22 p.m. |  |  | Jury retires to begin deliberations. |  |
|  |  | 12:23 p.m. |  |  | Court and counsel discuss housekeeping issues outside the presence of the jury. Court in recess. |  |
|  |  | 3:00 p.m. |  |  | Jury in recess until 6/30/2015 at 7:30 a.m. for further deliberations. |  |