STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:          Shilpi_Agarwal@fd.org

Counsel for Defendant Felipe Velez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00102 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S RULE 29 MOTION** |
| v. | |
| FELIPE VELEZ, | |
| Defendant. | |

Following a jury trial, a verdict was rendered in the above-captioned matter on June 30, 2015.  *See* Doc. No. 97.  Following the verdict, Defendant Felipe Velez renewed his motion for judgment of acquittal under Federal Rule of Criminal Procedure 29.  The Court set a briefing schedule as follows:  Defendant's opening motion would be filed on July 21, 2015, Government's response would be filed on August 11, 2015, and Defendant's reply would be filed on August 18, 2015.  The Court also set a hearing on the motion for September 8, 2015, the same date as sentencing.  *See* Doc. No. 96.

At defense counsel's request, the parties hereby stipulate to modify the briefing schedule as follows:  Defendant's opening motion will be filed on July 28, 2015, Government's response would be filed on August 18, 2015, and Defendant's reply would be filed on August 25, 2015.  The hearing date of September 8, 2015 will remain unchanged.

Mr. Velez respectfully requests that the Court enter an order consistent with this stipulation.

**IT IS SO STIPULATED**.

July 1, 2015                                                    /s/
_____                    _____
DATED                                          MICHAEL MAFFEI
                                                       Assistant United States Attorney

July 1, 2015
_____                    _____/s/_____
DATED                                          SHILPI AGARWAL
                                                       Assistant Federal Public Defender

**IT IS SO ORDERED.**

July 6, 2015.                                     _____
DATED                                          WILLIAM ALSUP
                                                       United States District Judge