**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FELIPE VELEZ,

    Defendant.

   /

No. CR 15-00102 WHA

**REQUEST FOR RESPONSE FROM NEW DEFENSE COUNSEL**

    At the status conference yesterday, defendant Felipe Velez changed counsel, adding retained Attorney Erick Guzman and discharging Federal Public Defenders Shilpi Agarwal and Jodi Linker (who represented defendant at trial). Due to this substitution, defendant's sentencing was continued to October 6.

    Before the substitution, however, defendant's former counsel had submitted a motion for a judgment of acquittal. By **FIVE P.M. ON SEPTEMBER 3, 2015**, Attorney Guzman is hereby requested to state whether he intends to go forward with the motion as currently briefed, whether he intends to withdraw it, and/or whether he intends to file a new motion.

Dated: September 2, 2015.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE