1
2
3
4
5
6

LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
E: elg@guzmanlaw.org

Attorney for Defendant

7
8
9

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

FILIPE VELEZ,

       Defendant.

CASE NO. CR 15CR0102-WHA

***AMENDED* STIPULATION AND
[PROPOSED] ORDER CONTINUING
HEARING**

Current Date: **October 6, 2015**
Proposed Date: **November 17, 2015 at 2:00
P.M.**

17
18
19
20
21
22
23
24
25
26
27
28

There is a sentencing hearing currently scheduled for October 6, 2015. However, undersigned counsel is still receiving the parts of the defendant's file from prior counsel. Currently, the sentencing memorandum is due to the Court on Tuesday, September 29, 2015. Without the complete file from the prior counsel, undersigned counsel for the defense cannot adequately prepare the defendant's sentencing memorandum. Therefore, counsel for the defendant would respectfully request a short continuance, to allow time to receive and review the complete file currently in the possession of prior counsel. The Assistant United States Attorney in this case was consulted, and he has no objection to a continuance in this matter until Tuesday, November 17, 2015. The parties have conferred with the probation officer who is available on November 17, 2015. The parties have cleared the above date with the Courtroom deputy.

1

2  IT IS SO STIPULATED

3

4

5

6  _____September 28, 2015_____                    _____/s/_____

7  DATED                                          BRIAN J. STRETCH
                                                  Acting United States Attorney
8                                                 Northern District of California
                                                  MICHAEL MAFFEI
9                                                 Assistant United States Attorney

10

11

12 _____September 258, 2015_____                   _____/s/_____

13 DATED                                          ERICK L. GUZMAN
                                                  Attorney for Mr. Velez
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                **[PROPOSED] ORDER**

3          For good cause shown, the sentencing hearing currently scheduled for October 6, 2015 will

4    be vacated.  The sentencing hearing will be reset for November 17, 2015 at 2:00 P.M.

5

6

7

8    **IT IS SO ORDERED.**

9

10   September 28, 2015.
11   DATED                                    HON. WILLIAM H. ALSUP
                                              United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28