LAW OFFICES OF
ERICK L. GUZMAN (SBN 244391)
740 4th St.
Santa Rosa California 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Felipe Velez

**EX PARTE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FELIPE VELEZ<br><br>            Defendant. | CASE NO. CR-15-0102-WHA<br><br>**UNOPPOSED** *EX PARTE* APPLICATION FOR APPOINTMENT OF COUNSEL FOR APPEAL; AND APPLICATION TO PROCEED IN FORMA PAUPERIS; AND DECLARATION IN SUPPORT. |

**I**

**BACKGROUND**

On February 20, 2015, Magistrate Judge Spero reviewed a financial declaration and appointed the office of the Public Defender to represent Mr. Velez. That office represented Mr. Velez through trial. After trial, Mr. Velez's family hired undersigned counsel to represent him for sentencing only. Undersigned counsel has prepared the notice of appeal, and is prepared to file it.

Mr. Velez cannot afford to hire appellate counsel. Accordingly, Mr. Velez is requesting this Court to allow him to proceed *in forma pauperis*, and to appointed counsel to represent Mr.

Velez on appeal.

## II.

### <u>CONCLUSION</u>

For the reasons stated below, Mr. Velez respectfully requests this Court to allow Mr. Velez to proceed *in forma pauperis* and to appoint counsel to represent Mr. Velez on appeal.


DATED:  November 23, 2015                    Respectfully submitted,


By_____
                Erick L. Guzman
                Attorney for Felipe Velez

**DECLARATION OF COUNSEL**

I, ERICK GUZMAN, declare the following:

1.   I am an attorney licensed to practice law in the state of California and admitted to practice before this Court. Except where otherwise expressly noted, I state the following on personal knowledge, and if called as a witness, could testify competently thereto.

2.   I am the attorney of record in this case.

3.   Mr. Velez wishes to pursue an appeal.

4.   Mr. Velez cannot afford to hire counsel for appeal.  No material changes have occurred regarding Mr. Velez's finances since he submitted the financial declaration that led to the magistrate appointing trial counsel for him.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.  Signed this 23rd day of November, 2015 in Santa Rosa, California.

Erick L. Guzman
Declarant

3

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0102-WHA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| FELIPE VELEZ, | |
| Defendants. | |

8
9
10
11
12
13

Based on the *Ex Parte* application and supporting declaration of counsel, and for good cause shown:

14
15

IT IS ORDERED that Mr. Velez be allowed to proceed in forma pauperis on appeal.

16
17

IT IS FURTHER ORDERED that counsel be appointed to represent Mr. Velez on appeal.

18

**IT IS SO ORDERED.**

19

Dated: November 24, 2015.

20

HON. WILLIAM H. ALSUP
United States District Judge

21
22
23
24
25
26
27
28

4