UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  CR 15-0102 WHA |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| FELIPE VELEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States;

the jury's verdict entered on June 30, 2015, as well as the stipulation of the parties of November 17,

2015, wherein the defendant FELIPE VELEZ agreed to forfeiture; and the Judgment of this Court

entered November 19, 2015, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant

to Title 18, United States Code, Section 924(d)(1):

    a.  one Bersa .380 caliber semiautomatic pistol, Serial No. 413360, and magazine containing three (3) rounds of .380 caliber ammunition bearing the head stamp "RP 380 AUTO" and three (3) rounds of .380 caliber ammunition bearing the head stamp "DRT 380 AUTO;"

    b.  one Ruger Model Super Blackhawk .44 magnum caliber revolver, Serial No. 81-57472, and six (6) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" and

c. nine (9) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" five (5) rounds of .44 caliber ammunition bearing the head stamp "SPEER 44 MAG;" one (1) round of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 MAGNUM;" and one (1) round of .44 caliber ammunition bearing the head stamp "FC 44 MAG."

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this _1st__ day of ____March_____ 2016.

_____
WILLIAM ALSUP
United States District Judge