BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    Email: michael.maffei@usdoj.gov
           gregg.lowder@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0102 WHA |
| Plaintiff, | **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |
| v. | |
| FELIPE VELEZ, | |
| Defendant. | |

    On March 1, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. one Bersa .380 caliber semiautomatic pistol, Serial No. 413360, and magazine containing three (3) rounds of .380 caliber ammunition bearing the head stamp "RP 380 AUTO" and three (3) rounds of .380 caliber ammunition bearing the head stamp "DRT 380 AUTO;"

    b. one Ruger Model Super Blackhawk .44 magnum caliber revolver, Serial No. 81-57472, and six (6) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" and

    c. nine (9) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" five (5) rounds of .44 caliber ammunition bearing the head stamp "SPEER 44 MAG;" one (1) round of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 MAGNUM;" and one (1) round of .44 caliber ammunition bearing the head stamp "FC 44 MAG,"

1 pursuant to Title 18, United States Code, Section 924(d)(1).

2 The Preliminary Order required the United States to publish notice of the Preliminary Order and otherwise direct written notice of the Preliminary Order to all persons known to have an interest in any of the property. Beginning on March 5, 2016, the United States published for 30 days or more on the government website www.forfeiture.gov a notice of this forfeiture action, the Preliminary Order, and the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

9 No petitions have been filed.

10 Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1).

Dated: 5/10/2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

GREGG W. LOWDER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0102 WHA |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| FELIPE VELEZ, | |
| Defendant. | |

On March 1, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. one Bersa .380 caliber semiautomatic pistol, Serial No. 413360, and magazine containing three (3) rounds of .380 caliber ammunition bearing the head stamp "RP 380 AUTO" and three (3) rounds of .380 caliber ammunition bearing the head stamp "DRT 380 AUTO;"

b. one Ruger Model Super Blackhawk .44 magnum caliber revolver, Serial No. 81-57472, and six (6) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" and

c. nine (9) rounds of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 REM MAG;" five (5) rounds of .44 caliber ammunition bearing the head stamp "SPEER 44 MAG;" one (1) round of .44 caliber ammunition bearing the head stamp "W-W SUPER 44 MAGNUM;" and one (1) round of .44 caliber ammunition bearing the head stamp "FC 44 MAG,"

1  all pursuant to Title 18, United States Code, Section 924(d)(1).

2  The United States represents that it has complied with the publication notice requirements of the

3  Preliminary Order and that no petitions claiming an interest in the property have been filed.

4  **THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be

5  forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1).  All right,

6  title, and interest in said property is vested in the United States of America.  The appropriate federal

7  agency shall dispose of the forfeited property according to law.

8  Dated:  May 13, 2016.

_____
WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0102 WHA                                          2